No. 81–1314. W. R. GRACE & CO. *v.* LOCAL UNION 759, INTERNATIONAL UNION OF THE UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA. C. A. 5th Cir. Certiorari granted. ▆

No. 81–1998. PRICE WATERHOUSE *v.* PANZIRER ET AL. C. A. 2d Cir. Certiorari granted. ▆

No. 81–1335. DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. *v.* FELDMAN ET AL. C. A. D. C. Cir. Motion of Conference of Chief Justices for leave to file a brief as *amicus curiae* granted. Certiorari granted. ▆

No. 81–6633. BEARDEN *v.* GEORGIA. Ct. App. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. ▆

No. 80–1058. HAMPTON ROADS SHIPPING ASSN. ET AL. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. C. A. 4th Cir. Certiorari denied. ▆

No. 80–1501. SULLIVAN ET AL. *v.* FIRST TENNESSEE BANK N. A. MEMPHIS, EXECUTOR, ET AL.; and
No. 80–1528. SMITH ET AL. *v.* FIRST TENNESSEE BANK N. A. MEMPHIS, EXECUTOR, ET AL. C. A. 6th Cir. Certiorari denied. ▆

No. 80–6609. WILKERSON *v.* BLACKBURN, WARDEN. Sup. Ct. La. Certiorari denied. ▆

No. 81–585. HONDO BOATS, INC. *v.* MCCRAINE ET AL. Sup. Ct. La. Certiorari denied. ▆